FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Treyon Antonio Williams

(Enter above full name of plaintiff or plaintiffs)

v.

Sheriff Wilcher, CPl Nevels
Sgt Bailey, officer Grant.

(Enter above full name of defendant or defendants)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?  Yes ___ No ✓

    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    2. Court (if federal court, name the district; if state court, name the county): _____

    3. Docket number: _____

    4. Name of judge assigned to case: _____

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____ No _____

B.  While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
    Yes ✓ No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to previous lawsuit:

    Plaintiffs: ~~Sheriff~~ Trelon Antonio Williams

    Defendants: Sherriff Wilcher,

2.  Court (name the district):

    Savannah

3.  Docket number: _____

4.  Name of judge assigned to case: _____

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    Settled

6.  Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ✓  No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____  No ____

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____  _____

II. Place of present confinement: __Chatham County Sheriff Complex__

A. Is there a prisoner grievance procedure in this institution? Yes ✓  No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ✓  No ____

C. If your answer to B is yes:

1. What steps did you take? __I reported the incedent to the Facility Investigation Division__

2. What was the result? __They said they would get back with me in a few days but never came back and allow the officer to come around me even tho everything is on camera and there no denying the incedent so its clear they are neglecting the situation__

3

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ____ No ✓

    If yes, what was the result? _____

D.  If you did not utilize the prison grievance procedure, explain why not: theres no way to appeal once you talk to the facility Lt.

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff: Treyon Antonio Williams
    Address: 1050 Carl Griffin DR
    Savannah GA 31405

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.  Name of defendant: Sheriff Wilcher
    Position: Sheriff
    Place of employment: Chatham com county Sheriff office
    Current address: 1050 Carl Griffin DR

C.  Additional defendants: Cpl Nevels

4

IV. **Statement of Claim**

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 3-27-2019 while i was being placed on suicide watch in medical safety cell #7 in between the time of 6:00 AM and 7:10 AM i was almost killed by CPL Nevels while in full restraints with my hands behind my back and shackles on my legs while other offices who was present just watched. CPL Nevel used eccessesive force by pulling my hair then wrapped both of his hands around my neck and squeezed so hard i almost past out because i couldnt breath and all i saw was black untill he let go due to i kept moving from side to side in a rapid motion. The county jail Internal affairs division come to see me about the matter and they swept it under the rug and still allow CPL Nevels to come around me. And on 4-13-2019 while i was housed in unit 2 D wing he came to my cell in between the hours of 8:00 AM and 9:00 AM and stated he was going to crash me out on camera. Its clear he going to try to kill me or get me killed first chance he gets and unit 2 staff and administration is corroperating with him because i was sentence to serve 25 day from the 20th of March to the 13th of April and was to go back to population. But now im placed in unit 2 C wing around Arthor newton. when it was understood we couldnt be in the same dorm any more because he's

Continued

5

facing the death penalty for putting a hit on someone from the county jail and getting them killed. And he told me on camera that he was going to get me and my family killed because i wrote meg Heap and told her how he confessed everything to me. He tried to attack me once and called out my family address stating they was living on borrowed time. and he got the address from an officer. Since ive been house at this County Jail ive been assaulted by 5 officers even thou the Sheriff office was issued an order the keep the body of Treyon Antonio Williams safe once detained. I fear for my life and im begging the courts to intervene... Treyon A Williams

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I ask that the court please move me from this county jail before someone suceed in killing me and i also ask that the court soffort my claim to sue Chatham county sheriff office for 10 million dollars in punitive damages and pain and suffering and mental anguish.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of Aprill, 19____.

Prisoner No. P0812141

_Welton A. Williams_
(Signature of Plaintiff)

6

Office of the clerk
P.O box 8286
Savannah GA 31412

Trelon Williams
1050 Carl Griffin DR
Savannah GA 31405