# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TREYON ANTONIO WILLIAMS,    )
                                 )
      Plaintiff,          )
                                 )
v.                                 )          CV419-088
                                 )
SHERIFF WILCHER, et al.,      )
                                 )
      Defendants.     )

# ORDER

On April 24, 2019, this Court granted plaintiff IFP status and ordered him to return a Consent to Collection of Fees and Prisoner Trust Fund Account Statement form. Doc. 3. Plaintiff has returned those forms, docs. 4, 5, although his Prisoner Trust Fund Account Statement is unsigned by an authorized officer. Doc. 4. Rather the form simply says "Refused." Plaintiff is **DIRECTED** to file a completely executed Prisoner Trust Fund Account Statement form within thirty days from the date of this order, or else indicate to the Court why an authorized

officer will not sign the form. Failure to do so will result in a recommendation of dismissal.[1]

**SO ORDERED,** this <u>9th</u> day of September, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff has also filed three Motions for the Court to Take Notice. Docs. 6, 8, 9. These notices provide additional support for plaintiff's claims and detail further allegations of mistreatment at the hands of prison officials. The Court **CONSTRUES** these motions as supplements to plaintiff's initial complaint.