AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TREYON ANTONIO WILLIAMS,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: CV419-088

SHERIFF WILCHER, Cpl NEVELS,
SGT BAILEY, and OFFICER GRANT,

Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated November 23, 2020 adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of this Court, the plaintiff's Complaint is dismissed without prejudice. This case stands closed.



November 23, 2020
_____
*Date*

John E. Triplett, Acting Clerk
_____
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020